

K&L GATES LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022
T 212.536.3900   F 212.536.3901

June 10, 2015

Michael M. Agosta
D 212.536.3942
F 212.536.3901
michael.agosta@klgates.com

**Via ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:   <u>*Mondis Technology Ltd. v. Wistron Corporation*, No. 15- CV-2340 (RA)</u>

Dear Judge Abrams:

The undersigned represents Wistron Corporation in this matter. Pursuant to Rule 4(G) of Your Honor's Individual Rules & Practices in Civil Cases, Wistron Corporation respectfully requests that this Court schedule oral argument to hear from both parties in consideration of Mondis Technology Ltd.'s Petition for Confirmation of Arbitral Award.

Oral argument is warranted in this case because Mondis's moving petition did not address the issue of Taiwanese taxes, which is the main basis for the dispute as to payment. Because the issue of taxes was not presented by Mondis in its petition, Wistron was forced to first raise the issue in its opposition, and will therefore not have an opportunity to respond to any arguments by Mondis about the correctness of withholding Taiwanese taxes. Oral argument will provide an opportunity for Wistron to be fully heard in response to Mondis's contentions with regards to tax withholdings.

Respectfully submitted,

Michael M. Agosta

cc:   edward.kling@dechert.com
      martin.black@dechert.com
      vincent.gallo@dechert.com
      matthew.mazur@dechert.com